SIGNIO v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 20, 1923.) No. 162. In Error to the District Court of the United States for the Eastern District of New York. Angelo Signio was convicted of the unlawful sale of liquor, and he brings error. Affirmed. Thomas O'Rourke Gallagher, for plaintiff in error. Ralph Greene, U. S. Atty., of Brooklyn, N. Y. (Henry Walsh, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

SWILLEY v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. April 3, 1923.) No. 3913. In Error to the District Court of the United States for the Southern District of Mississippi; Edwin R. Holmes, Judge. S. M. Swilley was convicted of violating the Prohibition Act, and he brings error. Affirmed. C. O. Jaap, Jr., of Jackson, Miss., for plaintiff in error. E. E. Hindman, U. S. Atty., of Jackson, Miss. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

UNITED STATES ex rel. MAKILE v. TOD, Commissioner of Immigration of Port of New York. (Circuit Court of Appeals, Second Circuit. February 15, 1923.) No. 116. Appeal from the District Court of the United States for the Southern District of New York. Habeas corpus by the United States, on the relation of George Makile, against Robert E. Tod, Commissioner of Immigration of the Port of New York. From an order dismissing the writ, relator appeals. Affirmed. Morris & Samuel Meyers, of New York City, and Ralph F. Kane, of Brooklyn, N. Y., for appellant. William Hayward, U. S. Atty., and James C. Thomas, Jr., Asst. U. S. Atty., both of New York City, for appellee. Before HOUGH, MANTON, and MYER, Circuit Judges.

PER CURIAM. Order affirmed.